UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROSEMARIE ANKNEY, | ) | CASE NO. C08-0666-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF REMAND |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 20, to which no objections have been filed, and being fully advised in the premises, the Court does hereby ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) This matter is REMANDED for further administrative proceedings; and

(3) The Clerk shall send copies of this Order to all counsel and to Judge Theiler.

DATED this 4th day of February, 2009.

*Thomas S. Zilly* (signature)
Thomas S. Zilly

ORDER OF REMAND
PAGE -1

United States District Judge

ORDER OF REMAND
PAGE -2